**No. 69034.**—Laral Trading Corp. v. United States, protest 287629–K (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of perlon monofilaments, approximately 0.45 or 0.50 millimeters in diameter and 115 centimeters in length, similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

**No. 69035.**—Presin Co. and Bruce Duncan Co., Inc. v. United States, protests 62/1242, etc. (Los Angeles).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of telephone toll counters which are mechanical contrivances in chief value of metal and that said articles modify, transfer, or utilize force or energy, the claim of the plaintiffs was sustained.

**No. 69036.**—G. W. Harder Company v. United States, protest 64/13757 (New York).

Opinion by Ford, J. An examination of the papers in the case showing that the protest was not filed within the 60-day period provided by section 514, Tariff Act of 1930, the protest was dismissed as untimely.

**No. 69037.**—Cravart, Inc. v. United States, protest 64/14639 (New York).

Opinion by Ford, J. An examination of the papers in the case showing that the protest was not filed within the 60-day period provided by section 514, Tariff Act of 1930, the protest was dismissed as untimely.